UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**NEWARK** DATE: **AUGUST 1,2018**

**JUDGE:** WILLIAM H. WALLS,
**COURTER REPORTER:** Yvonne Davion
**DEPUTY CLERK:** Ellen Mc Murray

**Title of Case:** Cr. 18-379 (WHW)

USA V. DANIEL DXRAMS

**Appearances:**

Anthony Moscato, AUSA
Michael A. Orozco, Esq.

**Nature of proceedings:** Arraignment

Defendant waived formal reading of the Indictment.
Defendant entered a plea of NOT GUILTY
Plea accepted
Status conference set for 10/2/2108 at 10:00 am.
Counsel to submit a proposed Continuance Order with defendant's signature on it.

Ellen Mc Murray
Sr. Deputy Clerk

Time Commenced: 11:15 am
Time Adjourned: 11:30 am