UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Criminal Number: 18- cr-379-WHW |
| DANIEL K. DXRAMS,<br>a/k/a "Daniel Kusi,"<br>a/k/a "Danny D. Dxrams,"<br>a/k/a "Randy N. Amoateng" | : | FED. R. CRIM. P. 12.4 |

Pursuant to Fed. R. Crim. P. 12.4, the United States Attorney for the District of New Jersey (Anthony Moscato, Assistant U.S. Attorney, appearing) files this disclosure statement based upon the information currently available to this Office regarding the organizational victims of the criminal activity alleged in the above-reference matter. This statement is submitted for the limited purposes of Rule 12.4 and should not be relied upon for any other purpose. The United States reserves its right to amend or supplement this statement to the extent this Office receives additional relevant information.

1. Name of Organizational Victim: Bentley Financial Services

   Parent Corporation: Bentley Motors

   Publicly Held Company(ies) Owning 10% or More of the Organizational Victim's Stock: None

2. Name of Organizational Victim: Financial Services Remarketing, Inc.

   Parent Corporation: BMW of North America, LLC (BMW NA)

   Publicly Held Company(ies) Owning 10% or More of the Organizational Victim's Stock: None

3. Name of Organizational Victim: Mercedes-Benz Financial Services

Parent Corporation: Daimler AG

Publicly Held Company(ies) Owning 10% or More of the Organizational Victim's Stock: None

Respectfully submitted,

CRAIG CARPENITO
United States Attorney

By: Anthony Moscato
Assistant U.S. Attorney

DATE: September 18, 2018