UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**NEWARK** DATE: **OCTOBER 2, 2018**

**JUDGE:** WILLIAM H. WALLS,
**COURTER REPORTER**: Yvonne Davion
**DEPUTY CLERK**: Elisaveta Kalluci

**Title of Case**: Cr. 18-379 (WHW)

USA V. DANIEL DXRAMS

**Appearances:**

Anthony Moscato, AUSA
Michael A. Orozco, Esq.

**Nature of proceedings:** Arraignment

Defendant waived reading of the Superseding Indictment.
Defendant entered a plea of NOT GUILTY.
Court accepted the plea.
Scheduling Order submitted.
Continuance Order submitted.
Trial date scheduled for January 15, 2019.
Bail continues.

Elisaveta Kalluci
Deputy Clerk

Time Commenced: 11:20 am
Time Adjourned: 11:35 am