**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v. | : | Hon. William H. Walls |
| | : | Criminal No. 18-379 (WHW) |
| GERMAINE H. KING,<br>a/k/a "Germaine Howard," and<br>DANIEL K. DXRAMS,<br>currently known as "Daniel Kusi,"<br>formerly known as "Danny D. Dxrams" | : | **VERDICT FORM AS TO DEFENDANT DANIEL K. DXRAMS currently known as "Daniel Kusi," formerly known as "Danny D. Dxrams"** |

1. As to Count Five, which charges Defendants King and Dxrams with conspiracy to commit mail fraud from about February 2017 through about July 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant Dxrams:

NOT GUILTY ____ GUILTY X

2. As to Count Six, which charges Defendants King and Dxrams with mail fraud on or about February 27, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant Dxrams:

NOT GUILTY ____ GUILTY X

3. As to Count Seven, which charges Defendants King and Dxrams with mail fraud on or about February 27, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant Dxrams:

NOT GUILTY ____ GUILTY X

4. As to Count Eight, which charges Defendants King and Dxrams with mail fraud on or about February 27, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant Dxrams:

NOT GUILTY ____ GUILTY X

5. As to Count Nine, which charges Defendants King and Dxrams with mail fraud on or about February 27, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant Dxrams:

NOT GUILTY ____ GUILTY X

6. As to Count Ten, which charges Defendants King and Dxrams with mail fraud on or about March 9, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant Dxrams:

NOT GUILTY ____ GUILTY X

7. As to Count Eleven, which charges Defendants King and Dxrams with mail fraud on or about April 4, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant Dxrams:

NOT GUILTY ____ GUILTY X

8. As to Count Twelve, which charges Defendants King and Dxrams with mail fraud on or about May 2, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant Dxrams:

NOT GUILTY ____ GUILTY X

9. As to Count Thirteen, which charges Defendants King and Dxrams with mail fraud on or about May 9, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant Dxrams:

NOT GUILTY ____ GUILTY X

10. As to Count Fourteen, which charges Defendants King and Dxrams with mail fraud on or about June 21, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant Dxrams:

NOT GUILTY ____ GUILTY X

11. As to Count Fifteen, which charges Defendants King and Dxrams with mail fraud on or about June 22, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant Dxrams:

NOT GUILTY ____ GUILTY X

12. As to Count Sixteen, which charges Defendant Dxrams with falsification in bankruptcy proceedings on or about December 11, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant Dxrams:

NOT GUILTY ____ GUILTY X

13. As to Count Sixteen, do you unanimously find that the Government proved beyond a reasonable doubt that Defendant Dxrams falsified, made false, covered up, or concealed at least one matter or entry on his Schedule A/B: Property, Schedule I: Income, or Statement of Financial Affairs for Individuals Filing For Bankruptcy as part of his Bankruptcy Petition?

NO ____ YES X

14. As to Count Seventeen, which charges Defendant Dxrams with bankruptcy fraud – false oath on or about Jaunary 8, 2018, we, the jury, unanimously find beyond a reasonable doubt Defendant Dxrams:

NOT GUILTY ____ GUILTY X

DATE: 6/20/19

Foreperson