**PRICE, MEESE, SHULMAN & D'ARMINIO**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

50 TICE BOULEVARD, SUITE 380
WOODCLIFF LAKE
NEW JERSEY 07677
TELEPHONE (201) 391-3737
FACSIMILE (201) 391-9360
www.pricemeese.com

GREGORY D. MEESE*
GAIL L. PRICE*+
FREDERIC M. SHULMAN*+
LOUIS L. D'ARMINIO*◇
JOHN R. EDWARDS, JR.*
MICHAEL K. BREEN*
PAUL A. CONCIATORI*#
WILLIAM D. BIERMAN•
CATHY J. POLLAK*
THOMAS C. MARTIN•
JOHN L. MOLINELLI*x

RICHARD M. FRICKE*+
MARK W. GREENE*◇
KAREN F. EDLER•
MICHAEL A. OROZCO*•
RICK A. STEINBERG*◇
DOROTHY A. KOWAL
JENNIFER M. KNARICH*◊

GREGORY K. ASADURIAN
RENEE A. FATOVIC*
ALLYSON KASETTA*
JENNIFER M. BERARDO*
JACQUELINE E. SHULMAN*
AARON COHEN
MICHELLE L. KRONE

\* Also admitted in NY
+ Also admitted in DC
◇ Also admitted in PA
◊ Also admitted in CT
• Also admitted NY Fed Cts.
\# Also LEED AP
x Bergen County Prosecutor (ret.)

Additional Offices:
+WEST RED OAK LANE, SUITE 302
WHITE PLAINS, NEW YORK 10604
TELEPHONE (914) 251-1618
FACSIMILE (914) 251-1230

ONE GATEWAY CENTER, SUITE 2600
NEWARK, NEW JERSEY 07102
TELEPHONE (973) 799-8551
FACSIMILE (973) 735-2719

October 1, 2019

Hon. John Michael Vazquez
United States District Court
District of New Jersey Newark
Frank R. Lautenberg U.S. P.O. & Cthse.
2 Federal Square, Room 417
Newark, New Jersey 07102

    Re:    United States of America v. Daniel K. Dxrams, et al.
            Crim. No.:  18-379 (JMV)

Dear Judge Vazquez:

    This office represents the Defendant, Daniel K. Dxrams, in the above captioned matter. Attached please find a countersigned consent order amending Defendant's bail conditions.

    Should the order meet with Your Honor's approval we respectfully request Your Honor's signature. Should Your Honor have any questions please do not hesitate to contact our office.

                              Respectfully submitted,
                              PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.

                              By:   *s/Michael A. Orozco*
                                    Michael A. Orozco, Esq.

/sjd
Enclosure
cc:    Daniel Milne
       Anthony Moscato, Esq.

*Our 25th Year*