UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. John Michael Vazquez |
| | : | |
| v. | : | |
| | : | |
| GERMAINE H. KING and | : | Crim. No. 18-379 (JMV) |
| DANIEL K. DXRAMS, | : | |
| a/k/a "Daniel Kusi," | : | |
| a/k/a "Danny D. Dxrams," | : | CONSENT ORDER SETTING CONDITIONS |
| a/k/a "Randy N. Amoateng" | : | OF TRAVEL |

The Court orders the defendant's bail conditions be amended by way of agreement between the defendant and the Government as set forth below:

Defendant Daniel Kusi shall be permitted to travel to Houston, Texas, from October 5, 2019 and returning to New Jersey on October 7, 2019 to attend the funeral of a family member.

All other bail conditions shall remain in full force and effect.

SO ORDERED

DATED:

_____
Honorable John Michael Vazquez
United States District Judge

Agreed as to form:

___
Daniel Milne, New Jersey Pre Trial Services

_____

Anthony Moscato/lsh
Anthony Moscato, Assistant United States Attorney