**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                                          **DATE:** 12/13/19
**JUDGE: JOHN MICHAEL VAZQUEZ**
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**                                                          **DOCKET # 18-379**

U.S. v Dxrams

**APPEARANCES:**

Anthony Moscato, AUSA
Lakshmi Herman, AUSA
Michael Orozco, Esq.

**Nature of Proceedings**:    STATUS CONFERENCE

Status conference held on the record.
Government shall file its response to Defendant's pending motion for acquittal by Tuesday, December 17, 2019.

**Time Commenced:** 10:30
**Time Adjourned: 11:10**
**Total Time: 40 min**

                                                                    RoseMarie Olivieri
                                                                    SENIOR COURTROOM DEPUTY