**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: NEWARK** **DATE**: 1/7/2020
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:** **DOCKET#** 18-379-02

UNITED STATES OF AMERICA
vs.
Daniel Kusi, formerly known as:
Danny D. Dxrams,
Daniel K. Dxrams,
Randy N. Amoateng

**APPEARANCES:**

Lakshmi Herman, AUSA
Michael Orozco, Esq. for Defendant
Kimberly Artist, Probation Officer
**Defendant present.**

**Nature of Proceedings**: SENTENCING ON Counts 5,6,7,8,9,10,11,12,13,14,15,16,17

Imprisonment – 57 months on each Counts 5,6, 7,8,9,10,11,12,13,14,15,16,17, all terms to be served concurrently.
Supervised Release – 3 years. This term consists of 3 years on each count, all such terms to run concurrently.
Special conditions: new debt, financial disclosure, self-employment/business disclosure, etc.
Restitution: 93,235.99 interest waived.
Special Assessment - $1,300 due immediately.
Defendant advised of right to appeal.
Fine waived.
Defendant to self-surrender upon designation.

**Time Commenced: 12:00**
**Time Adjourned: 2:00**
**Total Time: 2:00**

RoseMarie Olivieri
SENIOR COURTROOM DEPUTY