2018R00678/AM/LH/SD/ms

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. John Michael Vazquez |
| v. | : Crim. No. 18-379 (JMV) |
| DANIEL KUSI, formerly known as "Daniel K. Dxrams," "Danny D. Dxrams," "Randy N. Amoateng" | : JUDGMENT AND ORDER OF FORFEITURE : (MONEY JUDGMENT) |

WHEREAS, on or about May 28, 2019, an Amended Second Superseding Indictment, Crim. No. 18-379, was filed against defendant, Daniel Kusi, formerly known as "Daniel K. Dxrams," "Danny D. Dxrams," "Randy N. Amoateng" (the "Defendant"), charging him with conspiracy to commit mail fraud, contrary to 18 U.S.C. § 1341, in violation of 18 U.S.C. § 1349 (Count Five); substantive mail fraud, in violation of 18 U.S.C. §§ 1341 and 2 (Counts Six through Fifteen); falsification of bankruptcy proceedings, in violation of 18 U.S.C. §§ 1519 and 2 (Count Sixteen); and bankruptcy fraud, in violation of 18 U.S.C. §§ 152(2) and 2 (Count Seventeen);

WHEREAS, on June 20, 2019, a jury sitting in the District of New Jersey found the Defendant guilty of all counts listed above;

WHEREAS, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), a person convicted of conspiracy to commit mail fraud, contrary to 18 U.S.C. § 1341, in violation of 18 U.S.C. § 1349, shall forfeit to the United States all property, real and personal, that constitutes or is derived from proceeds the

Defendant obtained directly or indirectly as a result of the mail fraud conspiracy charged in Count Five, and all property traceable thereto;

WHEREAS, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), a person convicted of mail fraud, in violation of 18 U.S.C. § 1341, shall forfeit to the United States all property, real and personal, that constitutes or derived from proceeds the Defendant obtained directly or indirectly as a result of the mail fraud offenses charged in Counts Six through Fifteen, and all property traceable thereto;

WHEREAS, during the course of the trial against the Defendant, the United States demonstrated that the conspiracy and mail fraud offenses that the Defendant was found guilty of impose a criminal forfeiture money judgment in the amount of $82,000 in United States currency, and that such an amount represents the property that constitutes or was derived from proceeds the Defendant obtained directly or indirectly as a result of the mail fraud conspiracy and substantive mail fraud offenses charged in Counts Five through Fifteen of the Amended Second Superseding Indictment;

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment; and

WHEREAS, good and sufficient cause has been shown,

It is hereby ORDERED, ADJUDGED, AND DECREED:

THAT, as a result of the offenses charged in Counts Five through Fifteen of the Amended Second Superseding Indictment, to which the Defendant has

been found guilty, and the Court having accepted the amount of the forfeiture demonstrated during trial, the Defendant shall forfeit to the United States the sum of $82,000, representing the property that constitutes or was derived from proceeds the Defendant obtained directly or indirectly as a result of such offenses. A money judgment in the amount of $82,000 (the "Money Judgment") is hereby entered against the Defendant pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 and Federal Rule of Criminal Procedure 32.2(b).

IT IS FURTHER ORDERED that, upon entry of this Order of Forfeiture, this Order is final as to the Defendant shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

IT IS FURTHER ORDERED that all payments on the Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, District of New Jersey, Attn: Asset Forfeiture and Money Laundering Unit, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, and shall indicate the Defendant's name and case number on the face of the check.

IT IS FURTHER ORDERED that, pursuant to 21 U.S.C. § 853, the United States is authorized to deposit all payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

IT IS FURTHER ORDERED that, pursuant to Federal Rule of Criminal Procedure 32.2(b)(3) and 21 U.S.C. § 853(m), upon entry of this Order, the

United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of property to satisfy the Money Judgment or to address third-party claims, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to enter a money judgment against the Defendant in favor of the United States in the amount of $82,000.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce this Order and to amend it as necessary.

ORDERED this 7th day of January, 2020.

HONORABLE JOHN M. VAZQUEZ
United States District Judge