PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Daniel Kusi

Cr.: 18-00379-002
PACTS #: 4652063

Name of Sentencing Judicial Officer: THE HONORABLE JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/07/2020

Original Offense: Count Five: Conspiracy to Commit Mail Fraud 18 U.S.C. § 1349 [18 U.S.C. § 1341] – a Class C Felony
Counts Six through Fifteen: Mail Fraud 18 U.S.C. § 1341 - a Class C Felony
Count Sixteen: Falsification in Bankruptcy Proceedings 18 U.S.C. § 1519 - a Class C Felony
Count Seventeen: Bankruptcy Fraud-False Oath 18 U.S.C. § 152(2) - a Class D Felony

Original Sentence: 58 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment, Restitution - Money, Financial Disclosure, No New Debt/Credit, Self-Employment/Business Disclosure, Forfeiture, Other Condition

Type of Supervision: Supervised Release          Date Supervision Commenced: 08/22/2023

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Mr. Kusi has failed to maintain compliance with the Court-ordered payment schedule for the restitution set at $250.00 monthly. |

U.S. Probation Officer Action:

Mr. Kusi has denied having the financial ability to pay the currently ordered amount towards the restitution. An updated financial investigation has been completed and revealed that Mr. Kusi has a negative cash flow after deducting his regular household expenses. Mr. Kusi provided the excuse for not making the payments previously was that he remains unemployed. It is respectfully recommended that the payment schedule be set at a minimum of $25.00 per month. Mr. Kusi has confirmed his ability to pay this amount. If he fails to make payments in that amount, or, if an adjustment to the payment schedule is warranted, the Court will be promptly notified.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: RICHARD J. PASTRANA
U.S. Probation Officer

/ rjp

APPROVED:

09/15/2023

KEVIN M. VILLA Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Reduce payment schedule to a minimum of $25.00 a month (as recommended by the Probation Office)

Signature of Judicial Officer

20 Oct 2023

Date