PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Daniel Kusi

Cr.: 18-00379-002
PACTS #: 4652063

Name of Current Judicial Officer: THE HONORABLE BRIAN MARTINOTTI
UNITED STATES DISTRICT JUDGE
(Reassigned October 25, 2023)

Date of Original Sentence: 01/07/2020 (by the Hon. John Michael Vazquez)

Original Offense: Count 5: Conspiracy to Commit Mail Fraud, 18 U.S.C. Sec. 1349, a Class C felony
Counts 6-15: Mail Fraud, 18 U.S.C. Sec. 1341, a Class C felony
Count 16: Falsification in Bankruptcy Proceeding, 18 U.S.C. Sec. 1519, a Class C felony
Count 17: Bankruptcy Fraud – False Oath, 18 U.S.C. Sec. 152(2), a Class D felony

Original Sentence: 58 months imprisonment (on each count, concurrent), 3 years supervised release (on each count)

Special Conditions: Financial Disclosure, No New Debt, Self-Employment/Business Disclosure, $1,300 Special Assessment, $93,235.99 restitution (at a rate of no less than $250 each month; reduced to $25 each month on 10/26/23)

Type of Supervision: Supervised Release   Date Supervision Commenced: 08/22/2023

### INTERNATIONAL TRAVEL REQUEST

The individual under supervision has submitted a request directly to the Court for travel to Ghana. He is seeking to travel during the months of April 2024 and December 2024. He will be traveling with his wife and three children to visit family in his home country and anticipates each trip will be two to three weeks in duration.

**U.S. Probation Officer Action:**

Our office does not oppose the travel request. As of the date of this report, Mr. Kusi has reported as instructed, submits monthly supervision reports, makes regular monthly restitution payments and has submitted several negative drug tests. Mr. Kusi is currently in compliance with the conditions of supervised release. (However, he has been unemployed for a period of time and is being financially supported by his wife.) The Probation Office has spoken with Mr. Kusi and his brother, who stated that he intends to finance the trips. We note that the Government has been consulted and likewise offers no objection to the requested travel.

Our office requests that Mr. Kusi be directed to submit a full itinerary, which includes the dates of travel (not more than 30 days each time), traveling companions, and location of stay while in Ghana, to the Probation Office at least two weeks in advance of each requested trip. In addition, our office would like to reserve the right to object later if Mr. Kusi presents any non-compliance before the intended trips. Finally, we ask that the Court grant the Probation Office authority to approve or deny any future travel requests.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: KEVIN M. VILLA
Supervising U.S. Probation Officer

/ kmv

APPROVED:

1/4/2024

JOSEPH A. DAGROSSA Date
Assistant Deputy Chief U.S. Probation Officer

---

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

X Travel Approved. Mr. Kusi shall provide the Probation Office with all requested travel information at least two weeks in advance of each requested trip. The Probation Office reserves the right to object to the requested travel and notify the Court of its objection should Mr. Kusi fail to abide by the conditions of supervised release at any time prior to these approved trips. Additionally, the Probation Office is granted the authority to approve or deny future requests for international travel.

☐ Travel Denied.

☐ Other

Signature of Judicial Officer

Jan. 4, 2024
Date