PHILIP R. SELLINGER
UNITED STATES ATTORNEY
BY: JORDAN M. ANGER, AUSA
970 BROAD STREET, SUITE 700
NEWARK, NEW JERSEY 07102
973-645-2829

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. JOHN MICHAEL VAZQUEZ |
| PLAINTIFF, | : | CRIMINAL NO. 18-379 |
| V. | : | CERTIFICATE OF DISCHARGE OF CERTAIN REAL PROPERTY FROM JUDGMENT LIEN HEREIN |
| DANIEL KUSI , | : | |
| DEFENDANT. | : | |

WHEREAS, defendant Daniel Kusi, is indebted to the plaintiff, United States of America ("United States"), pursuant to a judgment entered in United States District Court on January 7, 2020, for criminal restitution in the amount of $93,235.99.

WHEREAS the lien of the United States for said judgment has attached to the property of Daniel Kusi:

THIS IS TO CERTIFY that certain real property described as 46 Schaefer Road in the Township of Maplewood, County of Essex and the State of New Jersey is hereby released, and the full force and effect of the lien is saved and reserved against and upon all other property or rights to property to which the attached wheresoever situated.

TAKE NOTICE that this Certificate of Discharge is not intended to discharge the judgment lien against Daniel Kusi, nor against any other property subject thereto.

DATED:

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

By: JORDAN M. ANGER
Assistant U.S. Attorney

STATE OF NEW JERSEY:
ss
COUNTY OF ESSEX:

I certify that on October 15, 2024, Jordan M. Anger, acknowledged under oath, to my satisfaction, that: he is an Assistant United States Attorney for the District of New Jersey, in the within action; the execution, as well as the making of this document was signed and delivered by the United States Attorney for the District of New Jersey through the Assistant United States Attorney, as and for the act of deed of the United States of America.

Sworn and subscribed to before
Me on ~~this date~~ today
October 15, 2024

Robin B. Brown-Ali
Notary Public of New Jersey
My Commission Expires 5/14/2028.


NOTARY PUBLIC