CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2025 JAN 23 P 12: 36

Honorable Judge Brian Martinotti:

United States District Judge for the District of New Jersey

Martin Luther King Building & U.S. Courthouse

50 Walnut Street Room One

Newark, New Jersey 07101

Daniel Kusi

46 Schaefer Road

Maplewood New Jersey 07040

Martin Luther King Building & U.S. Courthouse

United States District Judge for the District of New Jersey

50 Walnut Street Room One

Newark, New Jersey 07101

**Docket # 2:18CR00379-2**

Dear Honorable Judge Brian Martinotti:

I am writing to respectfully request the early termination of my probation, which is currently scheduled to end on August 2026. Since the start of my probation, I have diligently fulfilled all conditions imposed by the court, including employment, monthly reporting, and required assessment payments.

I have made significant positive changes in my life, including employment, stable living and spending quality time with my children. I am fully committed to remaining law-abiding and actively participating in online education in achieving certification in Cyber security.

I am always actively looking for opportunities in my field as a social worker. However, my current supervision makes it impossible to get jobs in my field. I was interviewed by NJ Reentry Corporation for case manager position. They couldn't hire me because of my active supervision under probation. They advised me to reach out when I get off probation. I have also applied and submitted over 200 jobs applications and completed several interviews within the past year and no company attempted to hire me with the exception of my current employer. Many of the agencies and companies considered active probation as a form of liability.

Since my conviction, I have taken significant steps to address the underlying issues that led to my offense, including isolating myself from certain individuals. I am now fully committed to living a law-abiding life and have demonstrated positive changes in my behavior and lifestyle.

I believe that continued supervision under probation is no longer necessary and that I can successfully reintegrate into society without further oversight. I am confident that I can continue to maintain a positive track record and remain a productive member of the community.

I believe that my demonstrated compliance and commitment to positive change warrant the early termination of my probation. I am prepared to provide any additional information to support my request.

Thank you for your time and consideration.

Sincerely,

Daniel Kusi

CC: Simon Krivoruk, U.S. Probation Office/DNJ

Joyce Malliet, Government Attorney

Hilton Garden Inn
Bridgewater

January 21, 2025

Judge Brian Martinotti

50 Walnut Street

Suite 4015

Newark, NJ, 07102

Re: Daniel Kusi

Dear Honorable Judge Brian Martinotti:

This is to confirm that Daniel Kusi is a current full-time employee working 40 hours per week at the Hilton Garden Inn- Bridgewater, NJ. He has been an employee since February 26, 2024. Since his employment with our company, he has been punctual, hardworking and a great asset to our team.

If you have any further questions please feel free to contact me at the 732-271-9030.

Thank you for your attention.

Sincerely,

Rosalind Lamptey

General Manager



500 Promenade Boulevard, Bridgewater, NJ 08807
Tel: 732 271 9030 Fax: 732 271 9031
Reservations: StayHGI.com or 1-877-STAY-HGI