CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2025 FEB 20 A 9: 05

Honorable Judge Brian Martinotti:

United States District Judge for the District of New Jersey

Martin Luther King Building & U.S. Courthouse

50 Walnut Street Room One

Newark, New Jersey 07101

Daniel Kusi

46 Schaefer Road

Maplewood New Jersey 07040

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2025 FEB 20 A 9:05

Martin Luther King Building & U.S. Courthouse

United States District Judge for the District of New Jersey

50 Walnut Street Room One

Newark, New Jersey 07101

**Docket # 2:18CR00379-2**

Dear Honorable Judge Martinotti,

I respectfully provide the following response to the government's opposition for my early termination of supervision. Your honor, I have not violated any terms of my supervision and I have consistently met all reporting requirements. I have successfully completed 18 months (50%) of supervision with no single issue.

I am appalled that the government did not put in any effort to obtain information on my current living status; instead they repeated the same contradiction distorted information from 2019. They also failed to include the fact that they have collected more than $11k in 2024 towards my restitution and I continue to comply with the monthly assessment payments every single month and I have never missed a payment. I have diligently fulfilled all conditions imposed by probation. Your honor, both probation officers has been very kind and professionalism. The first officer attempted to help me to get a job after my released.

Your honor, the government tries to distort my background as a social worker. I previously obtained my Bachelor of Arts in social science at Montclair State University. I graduated in 2003. I worked for the State of New Jersey, Department of Children Protection & Permanency for the last 15 years as a permanency and intake worker. My title was Family Specialist II.

My decision to pursue my career in social work is based on my personal experience and hard work with DCPP. As an investigator, I go out to homes, schools, hospitals and shelters, to conduct investigations pertaining to child abuse and neglect. I work with children who are victims of sexual abuse, emotional abuse, physical abuse and neglected children. I interview all parties involved in the case. I work with local law enforcement, Essex County Prosecutor's office, doctors, child advocacy and school teachers. I conduct home assessment to ensure safety and well-being of the children in the home. I have a great background as a social worker. As previously stated, I successfully completed an interview with NJ Reentry Corporation for an

employment. Unfortunately, the agency has expressed concern regarding my current probation status. They advised me to notify them when probation is terminated. Most companies are willing to give people like me a second chance, but not while you have an active probation. I am currently facing financial hardship due to the minimum paying job. I am also a father of three children. The cost of living is very high and I am willing to work 16hours per day just to make ends meet.

Your honor, I made a bad decision in the past and I have paid my debt to society after serving my time. Your honor, I was manipulated and lied to by underhanded co-conspirators who betrayed my trust and confidence. They convinced me in a manner in which they could help me satisfy certain vehicle loans that were legal. The sophisticated manner in which these individuals defrauded numerous fiancé companies was so convincing. At no point in time did these individuals reveal that what they were doing was illegal as they consistently flaunted documentary evidence showing cancelled debts for their benefits and those of other victims. I have acknowledged and taken responsibility for my actions. I have made significant progress and positive changes since completing my sentence and am committed to becoming a productive member of society. I believe that continued supervision under probation is no longer necessary and that I can successfully reintegrate into society without further oversight.

Your honor, am respectfully asking you to grant me the early supervision release due to a job opportunity and this can significantly improve my financial situation and stability.

Therefore, I respectfully ask the court to consider my request for early termination of supervision, allowing me to fully embrace this employment opportunity and further contribute positively to the community.

Thank you for your time and consideration.

Sincerely,

Daniel Kusi

CC: Simon Krivoruk, U.S. Probation Office/DNJ

Joyce Malliet, Government Attorney